# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

JUAN MANUEL MORENO,

          Petitioner,

          v.

ROBERT WONG, Warden,

          Respondent.

Case No. CV 06-1227-GW (JTL)

ORDER ADOPTING FINDINGS, CONCLUSIONS, AND RECOMMENDATIONS OF UNITED STATES MAGISTRATE JUDGE

Pursuant to 28 U.S.C. Section 636, the Court has reviewed the First Amended Petition for Writ of Habeas Corpus, all the records and files herein, and the Final Report and Recommendation of the United States Magistrate Judge.  Objections to the Report and Recommendation have been filed herein.  Having made a de novo determination of those portions of the Report and Recommendation to which objection has been made, the Court concurs with and adopts the findings, conclusions and recommendations of the Magistrate Judge.

IT IS ORDERED that judgment be entered denying the First Amended Petition for Writ of Habeas Corpus and dismissing this action with prejudice.

DATED:  July 5, 2009

_____
GEORGE H. WU
UNITED STATES DISTRICT JUDGE