# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JUAN MANUEL MORENO, ) | Case No. CV 06-1227-GW (JTL) |
| Petitioner, ) | **J U D G M E N T** |
| v. ) | |
| ROBERT WONG, Warden, ) | |
| Respondent. ) | |

    In accordance with the Final Report and Recommendation of the United States Magistrate Judge filed concurrently herewith,

    IT IS HEREBY ADJUDGED that the First Amended Petition for Writ of Habeas Corpus is denied and this action is dismissed with prejudice.

DATED: July 5, 2009

_____
GEORGE H. WU
UNITED STATES DISTRICT JUDGE